IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JEFFREY KIRK TRNAVSKY,** | 3:10-CV-06344-BR |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner, Social Security**<br>**Administration,** | |
| Defendant. | |

 Based on the Court's Opinion and Order issued January 26, 2012,

 **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

 DATED this 26th day of January, 2012.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT