IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JEFFREY KIRK TRNAVSKY,                        3:10-CV-06344-BR

     Plaintiff,                            JUDGMENT OF REMAND

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

     Defendant.

    Based on the Court's Opinion and Order issued January 26, 2012,

    **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

    DATED this 26th day of January, 2012.

                                         /s/ Anna J. Brown

                                         ANNA J. BROWN
                                         United States District Judge

1 - JUDGMENT