Kathryn Tassinari
Robert Baron
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR 97401
(541) 686-1969
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JEFFREY K. TRNAVSKY,                )<br>                                                       )<br>                    Plaintiff,           )<br>                                                       )<br>       vs.                                         )<br>                                                       )<br>MICHAEL J. ASTRUE,                )<br>Commissioner of Social Security, )<br>                                                       )<br>                    Defendant.       )<br>_____) | Case No. 3:10-cv-6344-BR<br><br>ORDER APPROVING PLAINTIFF'S<br>MOTION FOR ATTORNEY FEES<br>PURSUANT TO 42 U.S.C. §406(b) |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $11,260.59 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). The Commissioner shall deduct from $11,260.59 an administrative assessment under 42 USC §406(d) and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this 30th day of July, 2012.

_____
U.S. District Judge

PRESENTED BY:
s/ Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 1